IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL E. FEAGIN, #139148,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>  )<br>MILLARD McWHORTER, et al.,  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO. 2:13-CV-536-WHA<br>(WO) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on May 12, 2016 (Doc. No. 44). There being no timely objection filed to the Recommendation, and after a review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is hereby ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with an order of the court and for failure to properly prosecute this action.

Final Judgment will be entered separately.

DONE this 3rd day of June, 2016.

           /s/   W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE