IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL E. FEAGIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:13-CV-536-WHA |
| ) | (WO) |
| ) | |
| MILLARD McWHORTER, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge entered on August 31, 2016 (Doc. #50).  There being no timely objection filed to the Recommendation, and after an independent review of the file, it is

ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendants' Motion for Summary Judgment is GRANTED.

3. Judgment is GRANTED in favor of the Defendants.

4. This case is DISMISSED with prejudice.

5. Costs are taxed against the Plaintiff.

Final Judgment will be entered separately.

DONE this 23rd day of September, 2016.

/s/  W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE