IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL E. FEAGIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:13-CV-536-WHA |
| | ) (WO) |
| | ) |
| MILLARD McWHORTER, et al., | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

In accordance with the order of the court entered in this case on this day adopting the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE of the court that this case is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 23rd day of September, 2016.

    /s/   W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE